# MADUEGBUNA COOPER LLP

ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

April 11, 2022

**VIA ELECTRONIC CASE FILING (ECF)**
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   ***Brown v. New York City Transit Authority, et al.***
> **Docket No.: 22-cv-2037**

Dear Sir/Madam:

We represent Plaintiff Todd Brown in connection with the above-named matter, which was mistakenly filed in the Eastern District of New York on April 8, 2022.

After we realized that this action had been accidentally venued in the Eastern District, when it should have been and later was filed in the Southern District of New York, we did not file the Complaint but had already paid the $402.00 filing fee. Accordingly, we respectfully request a refund of the $402.00 fee for receipt number ANYEDC-15458067 and the administrative closing of the above docket number. A copy of the email receipt is attached.

We thank the Court for its attention to this matter.

Respectfully submitted,

Samuel O. Maduegbuna

SOM/clg
Enclosures