APPROVED. Counsel initiated filing this action in error in the EDNY, and did not complete the filing as the EDNY is not the correct venue. As the complaint has not been filed and won't be, the request for the return of the filing fee is approved. Counsel is directed to take greater care when opening cases in the EDNY. Tiffeny Lee-Harris, Case Processing Supervisor on 4/12/2022.

# MADUEGBUNA COOPER LLP
## ATTORNEYS AT LAW

30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

April 11, 2022

**VIA ELECTRONIC CASE FILING (ECF)**
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Brown v. New York City Transit Authority, et al.*
                <u>Docket No.: 22-cv-2037</u>

Dear Sir/Madam:

    We represent Plaintiff Todd Brown in connection with the above-named matter, which was mistakenly filed in the Eastern District of New York on April 8, 2022.

    After we realized that this action had been accidentally venued in the Eastern District, when it should have been and later was filed in the Southern District of New York, we did not file the Complaint but had already paid the $402.00 filing fee. Accordingly, we respectfully request a refund of the $402.00 fee for receipt number ANYEDC-15458067 and the administrative closing of the above docket number. A copy of the email receipt is attached.

    We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    Samuel O. Maduegbuna

SOM/clg
Enclosures

# Caroline Gallagher

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Friday, April 8, 2022 7:37 PM
**To:** Caroline Gallagher
**Subject:** Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

 Account Number: 2744570
 Court: NEW YORK EASTERN DISTRICT COURT
 Amount: $402.00
 Tracking Id: ANYEDC-15458067
 Approval Code: 023619
 Card Number: ************3221
 Date/Time: 04/08/2022 07:36:31 ET


 NOTE: This is an automated message. Please do not reply